UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LENDON JOHNSON,                  :
             Plaintiff,    :
                            :
      v.                   : Docket No. 2:07-CV-261
                            :
ROBERT HOFMAN, SANDRA OLBERG,    :
MARK PELKEY,                     :
             Defendants.   :

ORDER

     The Report and Recommendation of the United States Magistrate Judge was filed June 25, 2008.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

     The defendants' motion to dismiss (Paper 9) is GRANTED and this case is DISMISSED.

     Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S.

933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 15th day of July, 2008.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
Chief Judge
